DÍAZ v. CARREL, SECRETARIO DE PUERTO RICO.

SOLICITUD para que se expida auto de *mandamus.*

No. 139.—Resuelto en octubre 12, 1911.

MANDAMUS—ACTO CONCRETO OBLIGADO A EJECUTAR EL DEMANDADO—RAZÓN ESPECIAL PARA PRESENTAR LA SOLICITUD AL TRIBUNAL SUPREMO.—En el caso de autos, este tribunal desestimó la solicitud de *mandamus* por no expresarse en ella, acto alguno concreto y determinado que esté en la obligación de ejecutar el demandado y por no aparecer de dicha solicitud razón alguna especial por la cual deba actuar originariamente la corte en este caso.

Abogado del peticionario: *Sr. Herminio Díaz Navarro.*

RESOLUCIÓN.

No expresándose en la petición jurada acto alguno concreto y determinado que esté en la obligación de ejecutar el Secretario de Puerto Rico, y no apareciendo de la petición razón alguna especial por la cual deba actuar originariamente la Corte Suprema en este caso.

Vista la ley estableciendo el auto de *mandamus,* aprobada en 12 de marzo de 1903, y las resoluciones dictadas por esta Corte Suprema en los casos *La Liga de Propietarios* v. *El Ayuntamiento de San Juan,* decidido el 12 de febrero de 1908; *Santiago R. Palmer* v. *Gabriel Guerra,* 18 de diciembre de 1905, y *Quintín Negrón Sanjurjo* v. *El Supervisor de Elecciones,* 5 de noviembre de 1906.

Se deniega el *mandamus* solicitado.

*Desestimada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf, del Toro y Aldrey.